# THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| VANCE EDGAR ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 7:24-CV-1-HL |
| ) | |
| v. ) | |
| ) | |
| HONEYWELL INTERNATIONAL, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S VOLUNTARY STIPULATION OF DISMISSAL

COMES NOW Plaintiff Vance Edgar, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and, prior to Defendant's filing of an answer or motion for summary judgment, hereby files this notice of his voluntary dismissal of this action without prejudice.

Respectfully submitted this 5th day of March 2024.

/s/ Anthony Dawkins
Anthony Dawkins, J.D.
GA Bar No.: 157904
*Attorney for Appellant*

1100 Peachtree Street NE
Suite 200
Atlanta, Georgia 30309
Phone: (404) 551-5333

Fax:   (678) 870-5999
anthony@justice24-7.com